UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER dba University Medical Center,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOHN SOUZA, IDA HAILSTONE, and JAMES LONG, all individuals in their capacity as Trustees of the NORTHERN CALIFORNIA GENERAL TEAMSTERS SECURITY FUND, a business entity of unknown form; CHAT SYSTEMS, INC., a California for-profit corporation, and Wm. MICHAEL STEMLER, INCORORATED, a California for-profit corporation, both dba DELTA HEALTH SYSTEMS, and DOES 1 THROUGH 25, INCLUSIVE<br><br>                Defendants | Case No.:   1:07-cv-00325-LJO-SMS<br><br>Hon. Lawrence J. O'Neill, Courtroom 4<br><br>ORDER |

# ORDER

Pursuant to the Stipulation of Dismissal between FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER dba University Medical Center and JOHN SOUZA, et al., the above case is hereby ordered dismissed with prejudice.

Dated: August 20, 2007                     /s/ Lawrence J. O'Neill
                                                             Hon. Lawrence J. O'Neill
                                                 JUDGE, U.S. DISTRICT COURT
                                            FOR THE EASTERN DISTRICT OF
                                                         CALIFORNIA